1

2

3

4

5                              **UNITED STATES DISTRICT COURT**

6                                    **DISTRICT OF NEVADA**

7

8    JAIME LUEVANO,

9          Petitioner,                                    2:14-cv-01561-JCM-NJK

10   vs.
                                                           **ORDER**
11   HARRY REID, *et al.*,

12         Respondents.

13   _____/

14

15         This action is, at least nominally, a petition for writ of habeas corpus by Jaime Luevano,

16   who is a Texas prisoner.  Luevano filed a petition for writ of habeas corpus (ECF No. 1) in this court

17   on September 23, 2014, but did not pay the $5 filing fee for the petition, and did not file an

18   application to proceed *in forma pauperis*.  On October 14, 2014, Luevano filed a "Motion to Amend

19   the Writ" (ECF No. 2).

20         Both the petition and the motion to amend are largely incomprehensible and are, on their

21   face, completely without merit.

22         The court will deny the motion to amend, and will dismiss this action, without prejudice, on

23   account of petitioner's failure to pay the filing fee or apply for *in forma pauperis* status.

24   ///

25   ///

26   ///

**IT IS THEREFORE ORDERED** that the motion to amend (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

Dated  May 18, 2015.

UNITED STATES DISTRICT JUDGE